# In The United States Court of Federal Claims

## Cover Sheet

05-1065 C

Plaintiff(s) or Petitioner(s)
C.S. McCrossan Construction, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs

Name of the attorney of record: [See RCFC 83.1(c)] John Randall Jefferies

Firm Name: Fennemore Craig

Post Office Box:

Street Address: 3003 N. Central Ave., Suite 2600

City-State-Zip: Phoenix, AZ 85012

Telephone & Facsimile Numbers: 602-916-5313 fax: 602-916-5513

E-mail address: rjefferi@fclaw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 0 0

Select only one [three digit] nature of suite code from Attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: T R N

See attached Sheet for three digit code.

Amount Claimed: $ 3,526,016

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this is a case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2