ORIGINAL

FILED
OCT - 5 2005
U.S. COURT OF FEDERAL CLAIMS

John Randall Jefferies (No. 011542)
FENNEMORE CRAIG, P.C.
3003 North Central Avenue
Suite 2600
Phoenix, AZ 85012-2913
Telephone: (602) 916-5000
Facsimile: (602) 916-5513
Email: rjefferi@fclaw.com

Attorneys for C.S. McCrossan, Inc.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

C.S. MCCROSSAN, INC.

v.

THE UNITED STATES; acting by and through the DEPARTMENT OF TRANSPORTATION and THE FEDERAL HIGHWAY ADMINISTRATION

No. 05-1065C

C.S. MCCROSSAN, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Rules of the United States Court of Federal Claims, plaintiff C.S. McCrossan, Inc. hereby discloses that it is not a wholly owned subsidiary of any other company nor is there a publicly traded company that owns more than 10% of its shares. C.S. McCrossan, Inc. is a Minnesota corporation that is privately held.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

. . .

. . .

. . .

. . .

DATED this 4th day of October, 2005.

FENNEMORE CRAIG, P.C.

By

John Randall Jefferies
Attorneys for C.S. McCrossan, Inc.

ORIGINAL and 7 copies
sent via Federal Express
this 4th day of October, 2005 to:

Clerk, U.S. Court of Federal Claims
717 Madison Place, NW, Room 103
Washington, DC 20005

Kathy Power

1706491