IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| C.S. MCCROSSAN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1065C |
| | ) | |
| THE UNITED STATES, | ) | Judge Charles F. Lettow |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED**
**MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of this Court, defendant respectfully requests a 60-day enlargement of time to and including February 3, 2006, within which to respond to plaintiff's complaint. The Government's response is currently due on December 5, 2005. This is defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that he does not oppose this motion.

This enlargement motion is necessary because counsel for the United States has not obtained a litigation report from the agency. See 28 U.S.C. § 520.

This request is also necessary because Government counsel must file a responsive pleading in Hannson v. United States, No. 05-906C (Fed. Cl.), by December 2, 2005. In addition, the undersigned must file a responsive pleading and discovery responses in CSI v. United States, No. 4535 (DOTBCA), and a joint preliminary status report in Brodowy v. United States, No. 05-961C (Fed. Cl.), no later than December 15, 2005. In addition, Government counsel will be out of the office on December 6, 2005, and from December 9, 2005 through December 16, 2005. Finally, this request will allow the undersigned an opportunity to evaluate this case to determine whether settlement discussions might be appropriate.

Accordingly, the additional time is necessary to enable Government counsel to obtain and review the litigation report, analyze its supporting documentation, evaluate the complaint, confer with agency counsel, draft an appropriate response and obtain supervisory review of the response.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ David R. Feniger
DAVID R. FENIGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 305-2118

Attorneys for Defendant

November 29, 2005