IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| C.S. MCCROSSAN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1065C |
| | ) | |
| THE UNITED STATES, | ) | Judge Charles F. Lettow |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S ANSWER**

For its answer to the plaintiff's complaint, defendant admits, denies, and alleges as follows:

1. Admits the allegations contained in paragraph 1 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 1.

2. Admits the allegations contained in paragraph 2 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 2.

3. Admits the allegations contained in paragraph 3 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 3.

4. Denies the allegations contained in the first sentence of paragraph 4. Admits the allegations contained in the second sentence of paragraph 4.

5. Admits the allegations contained in paragraph 5 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 5.

6. The allegations contained in the paragraph 6 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

7. The allegations contained in the first and third sentences of paragraph 7 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Denies the allegations contained in the second sentence of paragraph 7.

8. Admits the allegations contained in paragraph 8 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 8.

9. Admits the allegations contained in paragraph 9 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 9.

10. The allegations contained in the paragraph 10 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

11. Admits the allegations contained in paragraph 11 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 11.

12. Admits the allegations contained in paragraph 12 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 12.

13. Denies.

14. Denies.

15. Admits the allegations contained in the first and third sentences of paragraph 15. Denies the allegations contained in the second and fourth through seventh sentences of paragraph 15.

16. Denies.

17. Denies the allegations contained in paragraph 17 for lack of knowledge or information sufficient to form a belief as to their truth.

18. Denies.

19. Denies the allegations contained in paragraph 19 for lack of knowledge or information sufficient to form a belief as to their truth.

20. The allegations contained in paragraph 20 constitute conclusions of law and plaintiff's characterization of its case to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

21. Admits the allegations contained in the first sentence of paragraph 21 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 21. The allegations contained in the second sentence of paragraph 21 constitute conclusions of law and plaintiff's characterization of its case to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

22. The allegations contained in paragraph 22 constitute conclusions of law and plaintiff's characterization of its case to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

23. The allegations contained in paragraph 23 constitute conclusions of law and plaintiff's characterization of its case to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

24. The allegations contained in paragraph 24 constitute conclusions of law and plaintiff's characterization of its case to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

25. The allegations contained in paragraph 25 constitute conclusions of law and plaintiff's characterization of its case to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

26. The allegations contained in paragraph 26 constitute conclusions of law and plaintiff's characterization of its case to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

27. The allegations contained in paragraph 27 constitute conclusions of law and plaintiff's characterization of its case to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

28. Denies.

29. Denies the allegations contained in the first and fifth through eighth sentences of paragraph 29. Admits the allegations contained in the second through fourth sentences of paragraph 29.

30. The allegations contained in the first sentence of paragraph 30 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they

are denied. Denies the allegations contained in the second through fourth sentences of paragraph 30.

31. The allegations contained in paragraph 31 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

32. Denies the allegations contained in the first sentence of paragraph 32. The allegations contained in the second sentence of paragraph 32 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

33. Denies the allegations contained in the first and third through fifth sentences of paragraph 33. Admits the allegations contained in the second sentence of paragraph 33.

34. Admits the allegations contained in the first sentence of paragraph 34 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 34. Denies the allegations contained in the second sentence of paragraph 34.

35. Denies the allegations contained in the first and third sentences of paragraph 35. Denies the allegations contained in the second sentence of paragraph 35 for lack of knowledge or information sufficient to form a belief as to their truth.

36. The allegations contained in paragraph 36 constitute conclusions of law and plaintiff's characterization of its case to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

37. Denies the allegations contained in the first sentence of paragraph 37. Admits the allegations contained in the second and third sentences of paragraph 37. The allegations

contained in the fourth sentence of paragraph 37 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

38. Admits the allegations contained in the first and second sentences of paragraph 38 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in the first and second sentences of paragraph 38. Denies the allegations contained in the third and fourth sentences of paragraph 38.

39. The allegations contained in paragraph 39 constitute conclusions of law and plaintiff's characterization of its case to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

40. Admits the allegations contained in the first, second and sixth sentences of paragraph 40. Denies the allegations contained in the third through fifth sentences of paragraph 40 for lack of knowledge or information sufficient to form a belief as to their truth. Denies the allegations contained in the seventh and eight sentences of paragraph 40.

41. Admits the allegations contained in the first and second sentences of paragraph 41. Denies the allegations contained in the third sentence of paragraph 41.

42. Admits.

43. Denies.

44. Denies.

45. The allegations contained in paragraph 45 constitute conclusions of law and plaintiff's characterization of its case to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

46. Denies.

47. Admits the allegations contained in the first sentence of paragraph 47 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 47. The allegations contained in the second sentence of paragraph 47 constitute conclusions of law and plaintiff's characterization of its case to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

48. The allegations contained in paragraph 48 constitute conclusions of law and plaintiff's characterization of its case to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

49. The allegations contained in the first, third and fourth sentences of paragraph 49 constitute conclusions of law and plaintiff's characterization of its case to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Admits the allegations contained in the second sentence of paragraph 49.

50. Admits the allegations contained in the first sentence of paragraph 50. Denies the allegations contained in the second through fourth sentences of paragraph 50.

51. The allegations contained in paragraph 51 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

52. The allegations contained in paragraph 52 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

53. Admits the allegations contained in the paragraph 53 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 53.

54. Admits the allegations contained in the first and second sentences of paragraph 54. Admits the allegations contained in the third and fourth sentences of paragraph 54 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in the third and fourth sentences of paragraph 54.

55. Admits the allegations contained in paragraph 55 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 55.

56. Denies the allegations contained in paragraph 56 for lack of knowledge or information sufficient to form a belief as to their truth.

57. Denies the allegations contained in the first and second sentences of paragraph 57. Admits the allegations contained in the third and fourth sentences of paragraph 57.

58. Admits.

59. Denies the allegations contained in the first sentence of paragraph 59. The allegations contained in the second sentence of paragraph 59 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

60. The allegations contained in paragraph 60 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

61. Admits the allegations contained in the first and third sentences of paragraph 61 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in the first and third sentences of paragraph 61. The allegations

contained in the second sentence of paragraph 61 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

62. Admits the allegations contained in the first sentence of paragraph 62. Denies the allegations contained in the second through fifth sentences of paragraph 62.

63. Denies the allegations contained in the first sentence of paragraph 63 for lack of knowledge or information sufficient to form a belief as to their truth. The allegations contained in the second sentence of paragraph 63 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

64. Admits the allegations contained in paragraph 64 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 64.

65. The allegations contained in paragraph 65 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

66. Denies.

67. The allegations contained in paragraph 67 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

68. Admits.

69. Admits the allegations contained in the first sentence of paragraph 69. The allegations contained in the second and third sentences of paragraph 69 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

70. Denies the allegations contained in the first and second sentences of paragraph 70. Admits the allegations contained in the third sentence of paragraph 70.

71. Denies the allegations contained in the first and second sentences of paragraph 71. The allegations contained in the third sentence of paragraph 71 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

72. Admits the allegations contained in the first and fourth sentences of paragraph 72 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in the first and fourth sentences of paragraph 72. Admits the allegations contained in the second and third sentences of paragraph 72. The allegations contained in the fifth sentence of paragraph 72 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

73. The allegations contained in paragraph 73 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

74. The allegations contained in paragraph 74 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

75. Admits the allegations contained in the first through third sentences of paragraph 75. The allegations contained in the fourth sentence of paragraph 75 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

76. Admits the allegations contained in the first and second sentences of paragraph 76. Denies the allegations contained in the third sentence of paragraph 76. The allegations contained

in the fourth and fifth sentences of paragraph 76 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

77. The allegations contained in paragraph 77 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

78. The allegations contained in paragraph 78 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

79. Admits the allegations contained in the first and second sentences of paragraph 79 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in the first and second sentences of paragraph 79. Admits the allegations contained in the third sentence of paragraph 79.

80. Admits the allegations contained in paragraph 80 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 80.

81. Denies.

82. The allegations contained in paragraph 82 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

83. Admits.

84. Admits the allegations contained in paragraph 84 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 84.

85. Admits the allegations contained in the first and second sentences of paragraph 85. Denies the allegations contained in the third and fourth sentences of paragraph 85.

86. Denies the allegations contained in the first sentence of paragraph 86. The allegations contained in the second sentence of paragraph 82 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

87. The allegations contained in paragraph 87 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

88. Denies that plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 87, or to any relief whatsoever.

89. Denies each and every allegation not previously admitted or otherwise qualified.

AFFIRMATIVE DEFENSES

90. Plaintiff's claim is barred by payment.

91. Plaintiff's claim is barred by estoppel.

92. Plaintiff's claim is barred by accord and satisfaction.

WHEREFORE, defendant request that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ David R. Feniger
DAVID R. FENIGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 305-2118

Attorneys for Defendant

February 3, 2006