John Randall Jefferies (No. 011542)
FENNEMORE CRAIG, P.C.
3003 North Central Avenue
Suite 2600
Phoenix, AZ 85012-2913
Telephone: (602) 916-5000
Facsimile: (602) 916-5513
Email: rjefferi@fclaw.com

Attorneys for C.S. McCrossan, Inc.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| C.S. MCCROSSAN, INC.<br><br>v.<br><br>THE UNITED STATES; acting by and through the DEPARTMENT OF TRANSPORTATION and THE FEDERAL HIGHWAY ADMINISTRATION | No. 05-1065C<br><br>C.S. MCCROSSAN, INC.'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME |

Pursuant to Rule 6(b), Rules of the United States Court of Federal Claims, plaintiff C.S. McCrossan, Inc. respectfully requests a thirty-one day enlargement of time to and including April 24, 2006, within which to submit the parties' Joint Preliminary Status Report. Counsel for the United States, David Feniger, is in the process of changing employment, and the United States has not yet determined who will serve as counsel in his stead. Accordingly, the additional time is necessary to allow Mr. Feniger's replacement to become familiar with the case and give the parties time to confer regarding the preparation of the Joint Preliminary Status Report and other related matters.

Mr. Feniger has indicated that he does not oppose this

motion.

DATED this 24th day of March, 2006.

FENNEMORE CRAIG, P.C.

By s/ John Randall Jefferies
John Randall Jefferies
Attorneys for C.S. McCrossan, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David R. Feniger
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
david.feniger@usdoj.gov

s/ John Randall Jefferies

1776588.1