IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1065C

(Filed: March 29, 2006)

C.S. MCCROSSAN, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant,

ORDER

Pending before the court is Plaintiff's Unopposed Motion for Enlargement of Time within which to submit the parties' Joint Preliminary Status Report, filed on March 24, 2006. Plaintiff requests an extension of thirty-one days to and including April 24, 2006 to submit the parties' Joint Preliminary Status Report. Plaintiff's counsel notes that counsel for defendant does not object to this request.

For good cause shown, Plaintiff's Unopposed Motion for Enlargement of Time is GRANTED. The parties shall submit their Joint Preliminary Status Report on or before April 24, 2006.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge