IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1065C

(Filed: April 25, 2006)

C.S. MCCROSSAN, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

The court acknowledges receipt of the parties' Joint Preliminary Status Report, filed on April 24, 2006. The parties have proposed a schedule for discovery in this case. In light of the parties' Joint Preliminary Status Report, and for good cause shown, discovery in this case will proceed according to the following schedule:

| Event | Date |
|---|---|
| RCFC 26(a) Exchange of Initial Disclosures | May 8, 2006 |
| Close of Fact Discovery | January 22, 2007 |
| Submission of Plaintiff's Expert Report(s) | February 19, 2007 |
| Submission of Defendant's Expert Report(s) | March 19, 2007 |
| Deadline for Expert Depositions | April 30, 2007 |
| Dispositive Motion Deadline | May 14, 2007 |
| Submission of Joint Status Report | May 14, 2007 |

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge