IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| C. S. MCCROSSAN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1065C |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

PARTIES' JOINT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, plaintiff, C.S. McCrossan, Inc., and defendant, the United States, respectfully request that the Court modify the April 25, 2006 scheduling order by enlarging the period for conducting fact discovery by 180 days, from January 22, 2007 to July 23, 2007, with corresponding enlargements of the additional deadlines. This is the parties' first request for an enlargement of time for this purpose.

This enlargement is requested because of an unanticipated delay in defendant's production of documents identified in its initial disclosures. To date, defendant has produced approximately 19 banker's boxes of documents, which in digital form have filled nine compact discs. Locating, copying, and reviewing these documents for privilege claims took longer than the parties anticipated, and was not completed until September 27, 2006.

The parties are proceeding with written discovery requests and intend to take depositions. However, unanticipated scheduling conflicts have made it very difficult for the parties to proceed with discovery in the last two months of the current discovery period. In particular, the schedule of the Government's trial attorney for this period includes: (1) the trial of International Air Response, Inc. v. United States, No. 00-428C (Fed. Cl.), which took place on November 15, 2006; (2) the trial of Agee v. United States, No. 04-1575C (Fed. Cl.), scheduled to be tried on

December 19-20, 2006; and (3) bid protest duty scheduled for the period of December 26, 2006, to January 5, 2007.

As a result of these unanticipated impediments to completing discovery, the parties jointly request that the deadlines contained in the April 13, 2005 scheduling order be extended by approximately 180 days, as follows:

| | |
|---|---|
| Close of Fact Discovery: | July 23, 2007 |
| Plaintiff's Expert Report Due: | August 20, 2007 |
| Defendant's Expert Report Due: | September 17, 2007 |
| Deadline for Expert Depositions: | October 19, 2007 |
| Deadline for dispositive motions: | November 12, 2007 |
| Joint status teport due: | November 12, 2007 |

Respectfully submitted,

FENNEMORE CRAIG, P.C.
By s/
John Randall Jefferies
Attorneys for C.S. McCrossan, Inc.

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/
Donald E. Kinner
Assistant Director

s/
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

December 7, 2006

Attorneys for Defendant