IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1065C

(Filed: December 8, 2006)

C.S. MCCROSSAN, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

Pending before the court is the parties' Joint Motion to Modify Scheduling Order, filed December 7, 2006. The parties request that the court enlarge by 180 days the deadline for conducting fact discovery, with corresponding enlargements of the subsequent deadlines in the court's Scheduling Order of April 25, 2006. The parties explain that an unexpected delay in the government's production of documents has prompted this request. For good cause shown, the parties' motion is GRANTED. Discovery in this case shall proceed according to the following revised schedule:

| Activity | Deadline |
| --- | --- |
| Close of Fact Discovery | July 23, 2007 |
| Submission of Plaintiff's Expert Report(s) | August 20, 2007 |
| Submission of Defendant's Expert Report(s) | September 17, 2007 |
| Deadline for Expert Depositions | October 19, 2007 |
| Dispositive Motion Deadline | November 12, 2007 |
| Submission of Joint Status Report | November 12, 2007 |

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge