IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| C. S. MCCROSSAN, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1065C |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests that the Court modify the December 8, 2006 scheduling order by enlarging the period for conducting fact discovery by 90 days, from July 23, 2007, to October 22, 2007, with corresponding enlargements of the additional deadlines. This is our second request for an enlargement of time for this purpose. Previously the parties jointly obtained a 180-day enlargement of the deadlines contained in the original scheduling order. Counsel for plaintiff, C.S. McCrossan, Inc., ("McCrossan") has authorized us to state that plaintiff does not oppose this motion.

This enlargement is requested in order to give defendant additional time to consider a settlement proposal submitted by McCrossan. Because of the amount at issue in this case, the Assistant Attorney General is the Attorney General's designated representative with authority to accept the settlement proposal upon behalf of the Government. We request additional time so that the proposal may be reviewed by intermediate Government officials, then be reviewed and decided upon by the Assistant Attorney General as appropriate.

We anticipate that Government will accept or reject the settlement proposal in approximately 30 days. In the event that the case does not settle in that time, we request that the discovery period be extended by an additional 60 days.

Accordingly, we respectfully request that the deadlines contained in the December 8, 2006 scheduling order be enlarged by 90 days, as follows:

| | |
|---|---|
| Close of Fact Discovery: | October 22, 2007 |
| Plaintiff's Expert Report Due: | November 20, 2007 |
| Defendant's Expert Report Due: | December 16, 2007 |
| Deadline for Expert Depositions: | January 17, 2008 |
| Deadline for dispositive motions: | February 11, 2008 |
| Joint status report due: | February 11, 2008 |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

July 23, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on July 23, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp