IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1065C

(Filed: July 30, 2007)

C.S. MCCROSSAN, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

AMENDED SCHEDULING ORDER

Pending before the court is the government's Unopposed Motion to Modify Scheduling Order, filed July 23, 2007. The government requests that the court enlarge by 90 days the deadline for conducting fact discovery, with corresponding enlargements of the subsequent deadlines in the court's Amended Scheduling Order of December 8, 2006. The government requests this enlargement to consider a settlement proposal submitted by plaintiff.

For good cause shown, the government's motion is GRANTED. Discovery in this case shall proceed according to the following revised schedule:

| Activity | Deadline |
|---|---|
| Close of Fact Discovery | October 22, 2007 |
| Submission of Plaintiff's Expert Report(s) | November 20, 2007 |
| Submission of Defendant's Expert Report(s) | December 17, 2007 |
| Deadline for Expert Depositions | January 17, 2008 |
| Dispositive Motion Deadline | February 11, 2008 |
| Submission of Joint Status Report | February 11, 2008 |

It is so ORDERED.

s/ Charles F. Lettow
Judge