John Randall Jefferies (No. 011542)
FENNEMORE CRAIG, P.C.
3003 North Central Avenue
Suite 2600
Phoenix, AZ 85012-2913
Telephone: (602) 916-5000
Facsimile: (602) 916-5513
Email: rjefferi@fclaw.com

Attorneys for C.S. McCrossan, Inc.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| C.S. MCCROSSAN, INC.<br><br>v.<br><br>THE UNITED STATES; acting by and through the DEPARTMENT OF TRANSPORTATION and THE FEDERAL HIGHWAY ADMINISTRATION | No. 05-1065C<br><br>C.S. MCCROSSAN, INC.'S MOTION TO COMPEL SETTLEMENT |

Plaintiff C.S. McCrossan, Inc. ("McCrossan") hereby requests that the Court order defendant the United States, acting by and through the Department of Transportation and the Federal Highway Administration to complete settlement as agreed upon by the parties.

At the end of April 2007, the parties reached an agreement that McCrossan would settle its claims against the United States for $1,200,000.00 plus Prompt Pay interest, subject to final approval from the Assistant Attorney General. After ignoring a series of phone calls and emails requesting an update on when the settlement would be finalized, counsel for the United States finally responded with an email dated June 15, 2007, in which he

apologized for his slow reply and stated McCrossan could expect approximately four weeks for the final settlement. A true and correct copy of the June 15, 2007 Email from Roger Hipp to Todd Kartchner is attached as **Exhibit A**.

However, four weeks passed and McCrossan heard nothing from counsel for the United States. After counsel for the United States ignored five emails and numerous phone messages requesting an update on the settlement process, McCrossan sent correspondence dated August 30, 2007 to counsel pointing out that (i) the parties were well beyond the time specified by government counsel; (ii) counsel was continuing to ignore McCrossan's requests for an update despite his June 15, 2007 apology for the belated responses; and (iii) asked for contact information for his superior if he was unable to handle this matter. A true and correct copy of the August 30, 2007 Letter from Todd Kartchner to Roger Hipp is attached as **Exhibit B**.

Counsel for the United States finally responded in early September 2007 with a phone call, again apologizing for his slow responses and committing to finalizing the settlement. Counsel for the United States confirmed the contents of his phone call in an email dated September 11, 2007, in which he (i) sent settlement interest calculations and asked for McCrossan's approval; and (ii) confirmed that the parties would each bear their own attorney's fees and costs. A true and correct copy of the September 11, 2007 Email from Roger Hipp to Todd Kartchner is attached as **Exhibit C**. On September 17, 2007, McCrossan sent an

email to counsel for the United States, confirming that (i) the interest calculations were correct; and (ii) each side would bear its own attorneys' fees and costs. A true and correct copy of the September 17, 2007 Email from Todd Kartchner to Roger Hipp is attached as **Exhibit D**. McCrossan also requested information regarding when counsel for the United States expected to issue payment. *See* Exhibit D.

After counsel for the United States continued to ignore update requests, including two additional emails dated October 11 and 12, 2007 (true and correct copies of the October 11 and 12, 2007 Emails from Todd Kartchner to Roger Hipp are attached as **Exhibit E**) as well as phone messages, McCrossan sent correspondence to counsel for the United States dated October 19, 2007, in which McCrossan again identified counsel's failure to properly respond. A true and correct copy of the October 19, 2007 Letter from Todd Kartchner to Roger Hipp is attached as **Exhibit F**. Despite McCrossan's continued attempts, counsel for the United States has failed to respond or otherwise provide any additional information regarding the status of finalizing settlement.

Although the parties reached settlement more than six months ago, the United States has unduly delayed final approval and payment. McCrossan has agreed to numerous stipulations to extend deadlines to allow the parties to finalize settlement, and there is no excuse for the delays referenced above. Having arrived at an impasse, McCrossan respectfully requests that the Court

intervene in this matter and enter an order to compel performance of the settlement as confirmed in the correspondence set forth as Exhibits to this motion.

DATED this 20th day of November, 2007.

FENNEMORE CRAIG, P.C.

By s/ John Randall Jefferies
John Randall Jefferies
Attorneys for C.S. McCrossan, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David R. Feniger, Esq.
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
david.feniger@usdoj.gov

s/ John Randall Jefferies

PHX/TKARTCHN/2002795.1/64061.022