# Exhibit A

**KARTCHNER, TODD**

**From:** Hipp, Roger (CIV) [Roger.Hipp@usdoj.gov]
**Sent:** Friday, June 15, 2007 11:27 AM
**To:** KARTCHNER, TODD
**Subject:** McCrossan settlement

Todd:

I apologize for the slow response to your call and Randy's previous message -- I have been on the road a lot lately. Because the proposed settlement exceeds $1 million, I need to get the approval of the Assistant Attorney General, who is pretty far above me on the organizational chart. I expect that proccess to take another four weeks, although it can take a little longer.

The discovery cutoff is currently 7/23, with a series of expert deadlines after that. I propose to file a motion stating that there is a settlement proposal under consideration, and in the event the case does not settle we would like to extend all the deadlines by 60 days.
Would your client be agreeable to that?

This is a settlement communication for purposes of FRE 408.

Roger A. Hipp
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
(202) 305-3091
(202) 514-8640 fax

# Exhibit B

**FENNEMORE CRAIG, P.C.**
3003 North Central Avenue, Suite 2600
Phoenix, Arizona 85012-2913
(602) 916-5000

**Todd S. Kartchner**
Admitted in Arizona, Nevada and California
Direct Phone: (602) 916-5461
Direct Fax: (602) 916-5661
tkartchner@fclaw.com

**Law Offices**
Phoenix (602) 916-5000
Tucson (520) 879-6800
Nogales (520) 281-3480
Las Vegas (702) 692-8000
Denver (303) 291-3200

August 30, 2007

**VIA U.S. MAIL, FACSIMILE AND EMAIL**

Roger Hipp, Esq.
U.S. Department of Justice
Attn: Classification Unit
1100 L. Street, N.W., Eighth Floor
Washington, D.C. 20530

Re: *C.S. McCrossan v. United States*
Court of Federal Claims Matter No. 05-1065C

Dear Roger:

We have had a proposed settlement in place for approximately four months now. In correspondence dated June 15, 2007, you apologized for your slow responses regarding our requests for more information about the status of approving the settlement. In that same correspondence, you indicated that you needed the approval of the Assistant Attorney General and that you anticipated the approval process would take approximately four weeks, which would be sometime in mid-July.

We are now at the end of August and still haven't heard anything regarding the status of the settlement approval. I have sent at least five emails and left numerous phone messages over the past two months, all of which have been ignored. I suspect you are quite busy, but this is completely unacceptable. If you are not in a position to provide us with information, please give us the name of your supervisor at once so that we have someone to provide appropriate follow-up regarding the settlement.

///

///

///

This matter has gone on long enough, and we need to reach a resolution immediately. I am available at your convenience to discuss any issues that will help get this settlement finalized.

Sincerely,

FENNEMORE CRAIG, P.C.

Todd S. Kartchner

cc: Joseph McCrossan
Randy Jefferies

PHX/1969989.1

# Exhibit C

**KARTCHNER, TODD**

---

**From:** Hipp, Roger (CIV) [Roger.Hipp@usdoj.gov]

**Sent:** Tuesday, September 11, 2007 4:02 PM

**To:** KARTCHNER, TODD

**Subject:** McCrossan settlement offer

**Attachments:** CDA interest.pdf

Todd:

As I discussed over the phone, I need you to clarify two points about the settlement offer so that I can continue moving things along.

First, the exact amount of CDA interest. We have a program that computes it. If we calculate interest starting from the approximate date of mediation (4/15/05) and run it through the end of this month, the program calculates interest to be $150,209.59 on the original mediation offer of $1.2 million. (See attached.)

Second, please confirm that the parties will bear their own costs, fees, and expenses.

Please confirm these two points in a letter or by e-mail. One sentence is fine, I just need something in writing that I can attach to my settlement memo.

This is a settlement communication for purposes of FRE 408.

Roger A. Hipp
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
(202) 305-3091
(202) 514-8640 fax

JUSTICE CONSOLIDATED OFFICE NETWORK

# Contract Disputes Act
# Interest Calculation Program

Case Name

Total Interest
$150,209.59

Run Name

Total Principal Plus Interest
## $1,350,209.59

Claim Amount
1200000

Interest per Day for Last Period
$172.6027

Interest Start Date
4/15/2005

Interest End Date
9/30/2007

Submit Reset Print Friendly

| Start Date | End Date | Days In Period | Interest Rate | Days Used | Simple Interest |
|---|---|---|---|---|---|
| 1/1/2005 | 6/30/2005 | 181 | 4.25% | 77 | $10,758.90 |
| 7/1/2005 | 12/31/2005 | 184 | 4.50% | 184 | $27,221.92 |
| 1/1/2006 | 6/30/2006 | 181 | 5.13% | 181 | $30,497.26 |
| 7/1/2006 | 12/31/2006 | 184 | 5.75% | 184 | $34,783.56 |
| 1/1/2007 | 6/30/2007 | 181 | 5.25% | 181 | $31,241.10 |
| 7/1/2007 | 12/31/2007 | 184 | 5.25% | 91 | $15,706.85 |

Interest end date is beyond range of interest rate database; last known rate was used to project.

# Exhibit D

**KARTCHNER, TODD**

---

**From:** KARTCHNER, TODD

**Sent:** Monday, September 17, 2007 10:13 AM

**To:** 'Hipp, Roger (CIV)'

**Subject:** RE: McCrossan settlement offer

Roger:

This email is to confirm that (1) the CDA interest computed to date is correct (with the assumption that, if the check is not issued before the end of the month, interest will continue until the date of settlement); and (2) the parties will bear their own costs, fees and expenses.

At your earliest convenience, please let us know when you expect to finalize this.

Many thanks,
Todd Kartchner

---

**From:** Hipp, Roger (CIV) [mailto:Roger.Hipp@usdoj.gov]
**Sent:** Tuesday, September 11, 2007 4:02 PM
**To:** KARTCHNER, TODD
**Subject:** McCrossan settlement offer

Todd:

As I discussed over the phone, I need you to clarify two points about the settlement offer so that I can continue moving things along.

First, the exact amount of CDA interest. We have a program that computes it. If we calculate interest starting from the approximate date of mediation (4/15/05) and run it through the end of this month, the program calculates interest to be $150,209.59 on the original mediation offer of $1.2 million. (See attached.)

Second, please confirm that the parties will bear their own costs, fees, and expenses.

Please confirm these two points in a letter or by e-mail. One sentence is fine, I just need something in writing that I can attach to my settlement memo.

This is a settlement communication for purposes of FRE 408.

Roger A. Hipp
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
(202) 305-3091
(202) 514-8640 fax

# Exhibit E

**KARTCHNER, TODD**

**From:** KARTCHNER, TODD
**Sent:** Thursday, October 11, 2007 2:14 PM
**To:** 'Hipp, Roger (CIV)'
**Subject:** McCrossan v. U.S.

Roger:

I know you're busy, but do you have any feedback regarding when payment to my client should be issued?

Thanks,
Todd Kartchner

**KARTCHNER, TODD**

**From:** KARTCHNER, TODD
**Sent:** Friday, October 12, 2007 4:52 PM
**To:** 'Hipp, Roger (CIV)'
**Subject:** McCrossan v. U.S.

Roger:

I know you are busy, but I need a response from you regarding the anticipated date of payment to my client. You stated that you would be better about responding, but you've been ignoring my emails and phone messages again. Please let us know.

Many thanks,
Todd Kartchner

# Exhibit F

**FENNEMORE CRAIG, P.C.**
3003 North Central Avenue, Suite 2600
Phoenix, Arizona 85012-2913
(602) 916-5000

**Todd S. Kartchner**
Admitted in Arizona, Nevada and California
Direct Phone: (602) 916-5461
Direct Fax: (602) 916-5661
tkartchner@fclaw.com

**Law Offices**
Phoenix (602) 916-5000
Tucson (520) 879-6800
Nogales (520) 281-3480
Las Vegas (702) 692-8000
Denver (303) 291-3200

October 19, 2007

**VIA U.S. MAIL, FACSIMILE AND EMAIL**

Roger Hipp, Esq.
U.S. Department of Justice
Attn: Classification Unit
1100 L. Street, N.W., Eighth Floor
Washington, D.C. 20530

Re: *C.S. McCrossan v. United States*
Court of Federal Claims Matter No. 05-1065C

Dear Roger:

As you know, we have had a proposed settlement in place for almost six months now. My client has approved the United States' interest calculations, and we have requested an estimated date for payment. Despite the fact that you apologized for your slow responses and affirmed your intent to provide timely responses to our inquiries, you have ignored at least three emails over the past month requesting information.

Again, I suspect you are quite busy, but, as you acknowledged during your prior apology, such failure to respond is completely unacceptable. If you are not in a position to provide us with information, please give us the name of your supervisor at once so that we have someone to provide appropriate follow-up regarding the settlement.

This matter has gone on long enough and needs to be resolved. I am available at your convenience to discuss any issues that will help facilitate payment to my client.

Sincerely,

FENNEMORE CRAIG, P.C.

Todd S. Kartchner

cc: Joseph McCrossan
Randy Jefferies

PHX/1991541.1