IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| C. S. MCCROSSAN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1065C |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF ROGER A. HIPP

I, Roger A. Hipp, under penalty of perjury pursuant to 28 U.S.C. § 1746, declare:

1) I am a trial attorney for the United States Department of Justice, Civil Division.

2) I am counsel of record for defendant, the United States, in the above-captioned case.

3) During the course of settlement negotiations, I explained to plaintiff's counsel that my role is limited to making a recommendation to the Attorney General's designated representative, and that I do not possess authority to settle cases.

4) At no time did I ever advise plaintiff's counsel that the above-captioned case has been settled.

I declare under penalty of perjury that the foregoing is true and correct.

Date: December 7, 2007

s/ Roger A. Hipp
Roger A. Hipp