IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1065C

(Filed: December 20, 2007)

C.S. MCCROSSAN, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before court is plaintiff's Motion to Compel Settlement, filed November 20, 2007. Plaintiff requests that the court compel the government to complete a settlement agreed by the parties. The government filed an opposition on December 7, 2007, contending that this court has no power to order a settlement and explaining that the proper governmental officials were currently in the process of considering settlement terms.

The plaintiff's motion is DENIED.

It is so ORDERED.

s/ Charles F. Lettow
Judge