IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| C. S. MCCROSSAN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1065C |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

# JOINT STATUS REPORT

Pursuant to the Court's order dated July 30, 2007, the parties respectfully submit the following status report. Plaintiff has submitted an offer to settle this case. The Government's trial attorney has submitted a settlement memorandum for consideration by the Attorney General's designated representative. The settlement memorandum is still under consideration by officials at the Department of Justice. The parties respectfully propose that the Court order that another status report be filed by no later than March 13, 2008, which is 30 days from the filing of this report.

Respectfully submitted,

FENNEMORE CRAIG, P.C.
By s/ John Randall Jefferies
John Randall Jefferies
Attorneys for C.S. McCrossan, Inc.

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
by s/ Kirk T. Manhardt
DONALD E. KINNER
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-3091
Fax: (202) 514-8640

February 11, 2008

Attorneys for Defendant