IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1065C

(Filed: February 12, 2008)

C.S. MCCROSSAN, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

The court acknowledges the parties' Joint Status Report, filed February 11, 2008. The parties indicate in that report that plaintiff's settlement memorandum remains under consideration by officials at the Department of Justice. Accordingly, the parties shall submit another Joint Status Report on or before March 13, 2008

It is so ORDERED.

s/ Charles F. Lettow
Judge