IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| C. S. MCCROSSAN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1065C |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order dated February 12, 2008, the parties respectfully submit the following status report. In our status report dated February 11, 2008, we advised the court that the Government's trial attorney had completed a settlement memorandum for consideration by the Attorney General's designated representative. The settlement memorandum is still being reviewed by officials at the Department of Justice. Accordingly, the parties respectfully propose that the Court order that another status report be filed by no later than April 11, 2008, which is 29 days from the filing of this report.

Respectfully submitted,

FENNEMORE CRAIG, P.C.
By s/ John Randall Jefferies
John Randall Jefferies
Attorneys for C.S. McCrossan, Inc.

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-3091
Fax: (202) 514-8640

March 13, 2008

Attorneys for Defendant