IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1065C

(Filed: March 14, 2008)

C.S. MCCROSSAN, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

The court acknowledges the parties' Joint Status Report, filed March 13, 2008. The parties indicate in that report that plaintiff's settlement proposal remains under consideration by officials at the Department of Justice. Accordingly, the parties shall submit another Joint Status Report on or before April 11, 2008.

It is so ORDERED.

s/ Charles F. Lettow
Judge