John Randall Jefferies (No. 011542)
FENNEMORE CRAIG, P.C.
3003 North Central Avenue
Suite 2600
Phoenix, AZ 85012-2913
Telephone: (602) 916-5000
Facsimile: (602) 916-5513
Email: rjefferi@fclaw.com

Attorneys for C.S. McCrossan, Inc.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| C.S. MCCROSSAN, INC.<br><br>v.<br><br>THE UNITED STATES; acting by and through the DEPARTMENT OF TRANSPORTATION and THE FEDERAL HIGHWAY ADMINISTRATION | No. 05-1065C<br><br>C.S. MCCROSSAN'S STATUS REPORT |

Plaintiff C.S. McCrossan ("McCrossan") respectfully submits the following status report. In the parties' status report dated March 13, 2008, the United States advised the Court that its trial attorney had completed a settlement memorandum for consideration by the Attorney General's designated representative and proposed that the Court order that the parties to submit another status report on April 11, 2008. This request came after the United States made an identical report and proposal in the parties' status report dated February 11, 2008.

As of the date of this report, the settlement memorandum is still being reviewed by officials at the Department of Justice. Thus, the United States has been unable to finalize settlement

despite the fact that the parties reached an agreement that McCrossan would settle its claims against the United States approximately one year ago at the end of April 2007.

The United States' ongoing delays are well-documented and set forth in McCrossan's Motion to Compel Settlement, filed November 2007. The United States should not be permitted to continue in such dilatory conduct without being held accountable for its delays.

McCrossan respectfully requests that the Court set a date, preferably before the end of April 2008, by which the United States is required to approve or reject the settlement memorandum, one way or the other. McCrossan also respectfully requests that failure to comply with the referenced deadline to approve or reject the settlement memorandum would result in sanctions against the United States.

DATED this 11th day of April, 2008.

FENNEMORE CRAIG, P.C.

By s/ John Randall Jefferies
John Randall Jefferies
Attorneys for C.S. McCrossan, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2008, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Roger A. Hipp
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
roger.hipp@usdoj.gov

s/ John Randall Jefferies

2052372.2