IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1065C

(Filed: April 14, 2008)

C.S. MCCROSSAN, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

The court acknowledges the parties' Joint Status Report, filed April 11, 2008. The parties indicate in that report that plaintiff's settlement proposal remains under consideration by officials at the Department of Justice, as it has been for nearly a year. Plaintiff requests that the court set a date by which the government is required to approve or reject the pending settlement memorandum. The court will not specify such a deadline. The parties shall submit another Joint Status Report on or before June 27, 2008.

It is so ORDERED.

s/ Charles F. Lettow
Judge