IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1065C

(Filed: August 25, 2008)

C.S. MCCROSSAN, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

The court requests the parties file a joint status report on or before September 15, 2008.

It is so ORDERED.

s/ Charles F. Lettow
Judge